Receipt # 72439
CK. # 103

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

FILED
U.S. BANKRUPTCY COURT
2010 SEP 14 PM 3:44
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

| | | |
|---|---|---|
| IN RE: XXXXXX | ) | CASE NO. 09-41759 |
| MARKS, DARLENE F. | ) | HON. KAY WOODS |
| | ) | CHAPTER 7 |

## DIVIDENDS LESS THAN $5.00

Pursuant to 11 U.S.C. Section 347 and Bankruptcy Rule 3010, the herein Trustee has dividend distribution less than $5.00 and has submitted a check herewith payable to Clerk, United States Bankruptcy Court, Check No. 103 in the amount of $2.96.

The dividend relates to the following claimant:

| Claimant: | Amount: |
|---|---|
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $2.96 |

/s/ Mark A. Beatrice
MARK A. BEATRICE, Trustee   (#0011003)
201 E. Commerce Street
Youngstown, OH  44503-1641
(330) 743-1171
(330) 743-1190 (Fax)

{M0245697.1}