CK. 108
Receipt # 72627

FILED
U.S. BANKRUPTCY COURT
2010 NOV 30 PM 3:19
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 09-41759 |
| MARKS, DARLENE F. | ) | HON. KAY WOODS |
| Debtor. | ) | CHAPTER 7 |

### DIVIDENDS LESS THAN $5.00

Pursuant to 11 U.S.C. Section 347 and Bankruptcy Rule 3010, the herein Trustee has a dividend distribution less than $5.00 and has submitted a check herewith payable to Clerk, United States Bankruptcy Court, Check No. 108 in the amount of $2.52.

The dividend relates to the following claimant:

| Claimant: | Amount: |
|---|---|
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $2.52 |

/s/ Mark A. Beatrice
MARK A. BEATRICE, Trustee     (#0011003)
201 E. Commerce Street
Youngstown, OH  44503-1641
(330) 743-1171
(330) 743-1190 (Fax)

{M0245697.1}